UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:09-cv-00312-LED

Name of party requesting extension: Cowon America, Inc.; Cowon Systems, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 7/31/2009

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 9/9/2009   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Andrew Choung
State Bar No.: 203192 (California)
Firm Name: Echelon Law Group, P.C.
Address: 150 Spear Street
Suite 825
San Francisco, CA 94105
Phone: (415) 830-9463
Fax: (415) 762-4191
Email: andrew.choung@echelaw.com

A certificate of conference does not need to be filed with this unopposed application.