**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **TSERA, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 6:09cv312-LED-JDL |
| | § | |
| **APPLE, INC., et al.,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

## **FINAL JUDGMENT**

Pursuant to the Order dismissing the claims of all parties (Doc. No. 260), the Court hereby enters Final Judgment. Plaintiff Tsera, LLC ("Tsera") filed suit against thirty-one Defendants in this case on July 15, 2009. Since that time, all Defendants have been dismissed: Apple Inc. (Doc. No. 244), Auditek Corp. (Doc. No. 72), Bang & Olufsen America, Inc. (Doc. No. 246), Bang & Olufsen A/S (Doc. No. 124), Coby Electronics Corp. (Doc. No. 249), Cowon America, Inc. (Doc. No. 163), Cowon Systems, Inc. (Doc. No. 163), Dane Electronics Corp. USA (Doc. No. 250), Data Station, Inc. (Doc. No. 88), IMA-Hong Kong, Ltd. (Doc. No. 134), Impecca USA, Inc. (Doc. No. 127), iRiver, Inc. (Doc. No. 171), Koninklijike Philips Electronics N.V. (Doc. No. 216), Lasonic Electronics Corp. (Doc. No. 95), LG Electronics U.S.A., Inc., (Doc. No. 190), LG Electronics, Inc. (Doc. No. 190), LG Electronics Mobilecomm U.S.A., Inc. (Doc. No. 190), Mach Speed Technologies, Inc. (131), Meizu Technology Co., Ltd. (Doc. No. 128), Microsoft Corp. (Doc. No. 258), Philips Electronics North America Corp. (Doc. No. 216), Spectra Merchandising International Inc. (Doc. No. 134), TrekStor GmbH & Co. KG (Doc. No. 129), Centon Electronics, Inc. (Doc. No. 86), Creative Technology Ltd. (Doc. No. 125), Creative Labs, Inc. (Doc. No. 260), Ematic, Inc. (Doc. No. 126), Ice Tech USA LLC (Doc. No. 150), iRiver Ltd. (Doc. No. 171), Samsung

Electronics America, Inc. (Doc. No. 240), and Samsung Electronics Co., Ltd. (Doc. No. 240). Additionally, the Court granted Motion for Entry of Default against Defendants Centon Electronics Inc. (Doc. No. 86) and Data Station Inc. (Doc. No. 88) on Oct. 20, 2009.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety, with prejudice as to certain parties.[1]

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 14th day of September, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that not all claims were dismissed with prejudice. Particularly, Apple Inc's. (Dkt. No. 244) and Philips' (Dkt. No. 216) counterclaims were dismissed without prejudice. Also, the claims against TrekStor (Dkt. No. 129); Meizu Technology (Dkt. No. 128); Impecca USA (Dkt. No. 127); Ematic Inc. (Dkt. No. 126); Creative Technology Ltd. (Dkt. No. 125) and Bang & Olufsen A/S (Dkt. No. 124) were voluntarily dismissed by Tsera without prejudice.